UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   EDCV 19-2371 PVC                                             Date:  July 6, 2020

Title   Juliana Esquivel v. Andrew Saul

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**PROCEEDINGS:** [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

On December 10, 2019, Plaintiff Juliana Esquivel filed a complaint seeking review of defendant's decision denying disability benefits.  (Dkt. No. 1).  On May 11, 2020, defendant filed an answer to the complaint and copy of the Certified Administrative Record. (Dkt. Nos. 17, 18).  Pursuant to the Court's December 12, 2019, Order Re: Procedures In Social Security Appeal, Plaintiff was required to file a "Memorandum in Support of Plaintiff's Complaint" by June 15, 2020. (Dkt. No. 8).  As of today, Plaintiff has not filed the required memorandum.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **ten (10) days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff may discharge this Order by either filing a "Memorandum in Support of Plaintiff's Complaint."  NO FURTHER EXTENSIONS OF TIME SHALL BE GRANTED UNLESS GOOD CAUSE IS SHOWN.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 19-2371 PVC                                    Date:  July 6, 2020

Title      Juliana Esquivel v. Andrew Saul

    Plaintiff is expressly advised that failure to timely file the required memorandum will result in this action being dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

    The Clerk of the Court is directed to serve a copy of this Order on counsel for both parties.

    IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |